AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Inman, Dennis H. | Eastern District of Tennessee | 06/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, full time | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>03/15/2020 |

**7. Chambers or Office Address**

James H. Quillen U.S.Courthouse
220 West Depot St., Suite 306
Greeneville, Tennessee 37743

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director (uncompensated and no personal control of assets) | Boys and Girls Club, Morristown, Inc. |
| 2. | Trustee (uncompensated) | Boys & Girls Club Foundation of Morristown, Inc. |
| 3. | Trustee | Trust #1 (see Part VII & VIII) |
| 4. | Trustee | Trust #2 (see Part VII & VIII) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | State of Tennesssee Retirement Benefit | $23,511.90 |
| 2. 2020 | State of Tennesssee Retirement Benefit | $5,878.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. AMG Funds- Managers Bond Fund | A | Dividend | | | Sold | 12/20/19 | J | | |
| 2. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 3. AFLAC Inc | A | Dividend | J | T | | | | | |
| 4. Air Products & Chemicals | A | Dividend | J | T | | | | | |
| 5. American Funds Bond Fund of America (ABNFX) | A | Dividend | L | T | Buy (add'l) | 08/08/19 | J | | |
| 6. American Funds Cap World Bd (BFWFX) | A | Dividend | | | Sold | 08/08/19 | J | | |
| 7. American Funds Growth Fund (GFFFX) | A | Dividend | K | T | Sold (part) | 01/11/19 | J | | |
| 8. American Funds - New World Fund (NFFFX) | A | Dividend | K | T | | | | | |
| 9. American Funds - Income Fund | B | Dividend | K | T | | | | | |
| 10. American Funds - EuroPacific Growth Fund(AFPFX) | B | Dividend | K | T | Buy (add'l) | 08/08/19 | J | | |
| 11. American Funds - Washington Mutual (WMFFX) | A | Dividend | K | T | Buy (add'l) | 08/08/19 | J | | |
| 12. American Funds - Balanced Fund | B | Dividend | L | T | | | | | |
| 13. American Funds - Balanced 529 Fund | A | Dividend | K | T | | | | | |
| 14. American Funds - Cap Inc Bldr 529 | A | Dividend | K | T | | | | | |
| 15. American Funds - Fndmntl Inv 529 | A | Dividend | J | T | | | | | |
| 16. American Funds - Grwth Fnd of Amer 529 | A | Dividend | K | T | | | | | |
| 17. American Funds - Invstmnt Co of Amer 529 | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds- Cap Wrld Grwth 529 | A | Dividend | | | Sold | 08/09/19 | J | A | |
| 19. American Funds - Small Cap Wrld Gwth 529 | A | Dividend | J | T | | | | | |
| 20. American Funds - Mutual Invs. Fnd 529 | A | Dividend | K | T | | | | | |
| 21. Analog Devices Inc | A | Dividend | J | T | | | | | |
| 22. Apple Inc (APPL) | A | Dividend | K | T | | | | | |
| 23. AT&T Inc | A | Dividend | J | T | | | | | |
| 24. AQR Funds-Managed Futures Strategy Fund | A | Dividend | J | T | | | | | |
| 25. Artio Funds - Global Total Return Fund | A | Dividend | K | T | | | | | |
| 26. Artisan Funds - Midcap Value Fund | A | Dividend | J | T | | | | | |
| 27. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 28. Becton Dickinson & Co | A | Dividend | J | T | | | | | |
| 29. Bed Bath & Beyond FXD RT SR NT 4.915 | A | Interest | K | T | Buy | 12/30/19 | K | | |
| 30. Blackrock Funds - Core Bond Portfolio | A | Dividend | K | T | | | | | |
| 31. Blackrock Fuds Global long/short Institutional Fd | A | Dividend | J | T | | | | | |
| 32. Brookfield Invt Funds Gbl RE FdA (BLRYX) | A | Dividend | | | Sold | 08/08/19 | J | | |
| 33. Brown Advisory Fds Advisory Small Cap Growth (BAFSX) | A | Dividend | J | T | Buy | 02/26/19 | J | | |
| 34. CBL & Assoc n/k/a CBL & Assoc PPTYS 7.375% | B | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Chemours Co | A | Dividend | J | T | | | | | |
| 36. | Chevron Corp | A | Dividend | J | T | | | | | |
| 37. | Chubb Corp | A | Dividend | J | T | | | | | |
| 38. | Clorox Co | A | Dividend | J | T | | | | | |
| 39. | Cohen & Steers Funds - Realty Shares Fund | A | Dividend | J | T | | | | | |
| 40. | Colgate Palmolive | D | Dividend | N | T | | | | | |
| 41. | Conocophillips | A | Dividend | J | T | | | | | |
| 42. | Deutsche Secs Tr Enhanced Comm Strat FD (SKIRX) | A | Dividend | J | T | | | | | |
| 43. | Duke Energy | A | Dividend | J | T | | | | | |
| 44. | Du Pont - Nemours & Co n/k/a Dupont Inc (DWDP) | B | Dividend | L | T | | | | | |
| 45. | Eaton/Vance Funds - Global MacroAbsolute Return Fund | A | Dividend | J | T | | | | | |
| 46. | Emerson Electric Co | A | Dividend | J | T | | | | | |
| 47. | Entergy Nola 5.5% Sen Notes | | None | J | T | | | | | |
| 48. | Eversource Energy | A | Dividend | J | T | | | | | |
| 49. | Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 50. | Factset Research Systems | A | Dividend | J | T | | | | | |
| 51. | Fidelity Funds - Fidelity Adviser Series VII Fund | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. First Trust High Dividend Equity Alloc Port | A | Dividend | K | T | Buy | 03/18/19 | K | | |
| 53. First Trust US Infrastructure Portfolio Series 13 | A | Dividend | | | Sold | 12/17/19 | L | A | |
| 54. General Mills Inc | A | Dividend | J | T | | | | | |
| 55. Genl Dynamics Corp | A | Dividend | J | T | | | | | |
| 56. Glaxosmithkline PLC (GSK) | A | Dividend | K | T | Buy | 03/18/19 | K | | |
| 57. Goldman Sachs ETF TR EFT Activebeta US Large Cap (GSLC) | A | Dividend | J | T | Buy | 07/19/19 | J | | |
| 58. Goldman Sachs TR Finl SQ Treas Instrs FD (FTIXX) | A | Dividend | J | T | Buy | 05/20/19 | J | | |
| 59. | | | | | Sold<br>(part) | 07/12/19 | J | | |
| 60. | | | | | Sold<br>(part) | 10/11/19 | J | | |
| 61. | | | | | Sold<br>(part) | 01/10/20 | J | A | |
| 62. Govt Prop Inc TR 5.875 Sen Notes | A | Distribution | J | T | | | | | |
| 63. Granger WW Inc | A | Dividend | J | T | | | | | |
| 64. Harbor Funds- CAP Appreciation Fund | A | Dividend | K | T | | | | | |
| 65. Harbor Fund Small Cap Value Fd | A | Dividend | J | T | | | | | |
| 66. Harris Corp | A | Dividend | J | T | | | | | |
| 67. Hartford Mult Fds Inc Midcap Fund (HFMIX) | | None | J | T | | | | | |
| 68. Heartland Funds- Heartland Value Plus Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   Illinois Tool Works | A | Dividend | J | T | | | | | |
| 70.   IBM | A | Dividend | J | T | | | | | |
| 71.   Industrial Select ETF Sector SPDR | A | Dividend | J | T | | | | | |
| 72.   INVESCO TRII Emerging Mkts Sovereign Debt ETF (PCY) | A | Dividend | J | T | | | | | |
| 73.   iShares Russell 2000 ETF | A | Dividend | J | T | | | | | |
| 74.   iShares US Prefered Stock ETF | A | Dividend | J | T | | | | | |
| 75.   iShares Core S&P Mid Cap ETF | A | Dividend | J | T | Sold (part) | 01/02/20 | J | | |
| 76.   iShares Core S&P 500 ETF Index | A | Dividend | | | Sold | 04/01/19 | J | | |
| 77.   iShares Core MSCI Emerging Markets ETF (IEMG) | A | Dividend | J | T | Buy (add'l) | 07/19/19 | J | | |
| 78.   iShares Core US ETF Aggregate Bd | A | Dividend | J | T | Buy (add'l) | 04/01/19 | J | | |
| 79. | | | | | Buy (add'l) | 01/02/20 | J | | |
| 80.   iShares Edge MSCI ETF Min Vol USA ETF (USMV) | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 81.   iShares iBoxx ETF High Yield Corp (HYG) | A | Dividend | J | T | | | | | |
| 82.   iShares JP Morgan USD Emerging Mkts Bd ETF (EMB) | A | Dividend | J | T | Buy (add'l) | 04/01/19 | J | | |
| 83. | | | | | Sold (part) | 07/19/19 | J | | |
| 84.   iShares MBS ETF | A | Dividend | J | T | | | | | |
| 85.   iShares Tip Bond ETF | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. JM Smuckers Co | A | Dividend | J | T | | | | | |
| 87. John Hancock Funds III Disciplined Value Mid Cap (JVMIX) | A | Dividend | J | T | | | | | |
| 88. John Hancock FDS II Global Absolute Return Strategies FD | A | Dividend | J | T | | | | | |
| 89. Johnson & Johnson | D | Dividend | N | T | | | | | |
| 90. Janus Henderson Funds Small Cap Value Fund (JSCOX) | A | Dividend | K | T | | | | | |
| 91. Janus Henderson Funds Flexible Bd Fd (JFLEX) | A | Dividend | K | T | | | | | |
| 92. JP Morgan Funds High Yield FD (OHYFX) | A | Dividend | | | Sold (part) | 05/20/19 | J | | |
| 93. | | | | | Sold | 08/08/19 | K | | |
| 94. JP Morgan Funds - Intrepid Value Fund (JPIVX) | A | Dividend | K | T | Buy (add'l) | 05/20/19 | J | | |
| 95. | | | | | Sold (part) | 10/07/19 | K | B | |
| 96. JP Morgan 6.15% Perp Non-Cum Ser BB | A | Dividend | K | T | | | | | |
| 97. Kellogg Co | A | Dividend | J | T | | | | | |
| 98. Knoxville TN Waste Water Sys Rev Impt Ser A | C | Interest | L | T | | | | | |
| 99. Lazard Funds Emerging Mkts Port (LZEMX) | A | Dividend | K | T | Buy (add'l) | 08/08/19 | J | | |
| 100. Lowes Companies | A | Dividend | L | T | | | | | |
| 101. MCDonalds Corp | A | Dividend | J | T | | | | | |
| 102. Medtronic PLC | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Memphis TN Gen - Impt Ser A G/O Unltd | A | Interest | L | T | | | | | |
| 104. MetLife Variable Annuity - AQR Global Risk Balanced | A | Dividend | K | T | | | | | |
| 105. MetLife Variable Annuity - Alliance Bernstein Global | A | Dividend | K | T | | | | | |
| 106. MetLife Variable Annuity - MetLife Balanced Plus | A | Dividend | K | T | | | | | |
| 107. MetLife Variable Annuity - BlackRock Global TCT Strat | A | Dividend | K | T | | | | | |
| 108. MetLife Variable Annuity IRA - MetGrowth Strategies | A | Dividend | M | T | | | | | |
| 109. MetLife Variable Annuity - Met Balanced Strategies | A | Dividend | M | T | | | | | |
| 110. MetLife Vari. Annuity IRA - Met Balanced Strategies | A | Dividend | M | T | | | | | |
| 111. MetLife Variable Annuity IRA - MetGrowth Strategies | A | Interest | M | T | | | | | |
| 112. Metropolitan West Fds Total Return Bond Fd | A | Dividend | K | T | Buy (add'l) | 08/08/19 | J | | |
| 113. MFS Funds - Ser Emerging Markets Fund (MEDIX) | A | Dividend | J | T | | | | | |
| 114. Microsoft Corp | B | Dividend | K | T | | | | | |
| 115. Mueller Inds Inc FXD 6.000% | A | Interest | K | T | | | | | |
| 116. Neuberger Berman Funds - Alternative Fund | A | Dividend | J | T | | | | | |
| 117. Nextera Energy Inc | A | Dividend | J | T | | | | | |
| 118. Nextera Energy 5.25% PFD Jr Sub | A | Interest | J | T | | | | | |
| 119. Norfolk Southern Corp | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Inman, Dennis H.** | 06/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Novartis AG | A | Dividend | J | T | | | | | |
| 121.  Nuveen Invt Fds Real Estate Secs Fd (FARCX) | A | Dividend | | | Sold | 08/08/19 | J | | |
| 122.  OakRidge Small Cp Growth Fd | A | Dividend | K | T | | | | | |
| 123.  OneOk Partners, LP | D | Dividend | M | T | | | | | |
| 124.  Oppenheimer Funds - Dev Markets Fund (ODVYX) | A | Dividend | J | T | | | | | |
| 125.  Oppenheimer Funds -Intl Fund (OIBYX) | A | Dividend | J | T | | | | | |
| 126.  Oppenheimer Main Str Fds | A | Dividend | J | T | | | | | |
| 127.  Paychex Inc | A | Dividend | J | T | | | | | |
| 128.  Pepsico Inc | A | Dividend | J | T | | | | | |
| 129.  PGIM High Yield CL Z (PHZYX) | A | Dividend | K | T | Buy | 10/07/19 | K | | |
| 130.  PGIM Total Return Bond (PDBZX) | A | Dividend | K | T | Buy (add'l) | 08/08/19 | J | | |
| 131.  Phillips 66 | A | Dividend | J | T | | | | | |
| 132.  PIMCO Funds - FDS PAC INVT Fund | A | Dividend | J | T | | | | | |
| 133.  PIMCO Fds Pac Invt Mgmt Ser-Comm real return strat (PCRIX) | A | Dividend | | | Sold | 08/08/19 | J | | |
| 134.  Polaris Ind Inc | A | Dividend | J | T | | | | | |
| 135.  Powershares EM Mar Sov De PT ETF | A | Dividend | J | T | | | | | |
| 136.  Praxair Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.   Principal Fds- High Yield FD Instl | A | Dividend | J | T | | | | | |
| 138.   Principal Fds Midcap Fund | A | Dividend | J | T | | | | | |
| 139.   Procter & Gamble Co | A | Dividend | J | T | | | | | |
| 140.   Prudential Jennison Mid-Cap Growth FD (PEGZX) | A | Dividend | J | T | | | | | |
| 141.   Qualcom Inc | A | Dividend | J | T | | | | | |
| 142.   QWEST Corp 7% PFD Sr Note | A | Interest | J | T | | | | | |
| 143.   Realty Income Corp REIT | A | Distribution | L | T | Buy | 03/18/19 | K | | |
| 144.   Scana Corp Com | A | Dividend | J | T | | | | | |
| 145.   Sector SPDR TR Techonology Select ETF | A | Dividend | J | T | | | | | |
| 146.   Select Sector Spdr Real Estate ETF | A | Dividend | J | T | Sold (part) | 07/19/19 | J | | |
| 147.   Select Sector Spdr Health Care Fd | A | Dividend | J | T | Sold (part) | 07/19/19 | J | | |
| 148.   Select Sector SPDR Consumer Disccretionary Fd | A | Dividend | J | T | | | | | |
| 149.   SPDR (Bloomberg/Barclays) High Yield Bd ETF | A | Dividend | J | T | | | | | |
| 150.   SPDR Dow Jones Global Real Estate ETF | A | Dividend | J | T | Sold (part) | 07/19/19 | J | | |
| 151.   Southern Co 6.25% Jr Sub Cumulative Mat | A | Interest | J | T | | | | | |
| 152.   Sysco Corp | A | Dividend | J | T | | | | | |
| 153.   Target Corp | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. The Southern Co | A | Dividend | J | T | | | | | |
| 155. Thornburg Invt Tr Invt Income Bldr | B | Dividend | L | T | | | | | |
| 156. TRowe Price Blue Chip Growth Fund (TRBCX) | A | Dividend | K | T | Sold (part) | 05/20/19 | J | | |
| 157. | | | | | Buy (add'l) | 08/08/19 | J | | |
| 158. United Technologies Corp | A | Dividend | J | T | | | | | |
| 159. Vanguard FTSE Developed Markets ETF | A | Dividend | J | T | | | | | |
| 160. Vanguard Intermedia TTE ETF Term Corp Bd | A | Dividend | J | T | | | | | |
| 161. Vanguard Intl Equity FTF Index FDS FTSE Emerging MKTS ETF | A | Dividend | J | T | | | | | |
| 162. Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 163. Vanguard REIT ETF | A | Dividend | J | T | | | | | |
| 164. VF Corp | A | Dividend | J | T | | | | | |
| 165. Victory Portfolios Emerging Mkts Fd (X) | A | Dividend | J | T | | | | | |
| 166. Voya Equity Tr Small Cap Opportunities Fd (NSPIX) | A | Dividend | | | Sold | 02/26/19 | J | | |
| 167. Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 168. WEC Energy Group Inc | A | Dividend | J | T | | | | | |
| 169. Wells Fargo & Co 5.7 PFD Ser W | A | Dividend | J | T | | | | | |
| 170. XTrackers USD High ETF Yield Corp Bond (HYLB) | A | Dividend | J | T | Buy | 10/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. 3M Co | A | Dividend | J | T | | | | | |
| 172. Regions Bank, Morristown, TN checking acct | A | Interest | K | T | | | | | |
| 173. Regions Bank, Morristown, Savings Acct | A | Interest | K | T | | | | | |
| 174. Commercial Bank f/k/a Citizens Bank Account | B | Interest | M | T | | | | | |
| 175. Sysco Corp | A | Dividend | J | T | | | | | |
| 176. Amtrust Finl Svcs Inc Fixed Rate 6.125% | A | Interest | | | Sold | 12/20/19 | K | | |
| 177. DTE Energy 5.357% 06/01/2021 | A | Interest | J | T | | | | | |
| 178. Illinois Fin Auth Multifamily Rev HAG BDS 4.5% | A | Interest | K | T | | | | | |
| 179. Knoxville - TN Health EDL Bond 4.12% | A | Interest | K | T | | | | | |
| 180. Knox Cnty Tenn Health EDL & HSG FAC BRD Hosp 4.0% | A | Interest | K | T | | | | | |
| 181. Maury Cnty Tenn Int Rate 2.125% 04/01/20131 | A | Interest | | | Sold | 10/08/19 | K | | |
| 182. MET Govt Nashville & Davidson CNTY H&E FACS BRD Rev Bds | A | Interest | K | T | Buy | 05/07/19 | K | | |
| 183. Shelby Cnty Tenn Health EDL & HSGACS | A | Interest | | | Sold | 04/17/19 | J | | |
| 184. Thornburg - Investment Income Builder | B | Dividend | K | T | | | | | |
| 185. TN State (Bond) - Ser A General Obligation UNLTD B/E | A | Interest | J | T | | | | | |
| 186. TN Housing Dev Agy Homeownership | B | Interest | K | T | | | | | |
| 187. Unum Group Bond | | None | K | T | Buy | 10/09/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  US Stl Corp SR Bond 7.000% | A | Interest | J | T | | | | | |
| 189.  US STL Corp 7.000% 2/01/2018 | A | Interest | J | T | | | | | |
| 190.  VICTORY PORTFOLIOS EMERGING MKTS FD TBD CL Y (RSENX) (X) | A | Dividend | J | T | | | | | |
| 191.  Wells Fargo Bank Money Mrkts Account | A | Interest | K | T | | | | | |
| 192.  Williamson Co. TN School Dist. G/O UNLTD B/E | B | Interest | L | T | | | | | |
| 193.  Wilson Co. SER C bond 3.11% See Part VIII | A | Interest | K | T | | | | | |
| 194.  Brighthouse Variable Annuity (H) | | | | | | | | | |
| 195.  -AB Global DNY Allloc | A | Dividend | K | T | | | | | |
| 196.  -AQR Glbl risk balanced | A | Dividend | K | T | | | | | |
| 197.  - BHLife Balanced Plus | A | Dividend | K | T | | | | | |
| 198.  -Blackrock GLBL TCT STRT | A | Dividend | K | T | | | | | |
| 199.  - BRkUltra Shrt Tm Bd | A | Interest | J | T | | | | | |
| 200.  - BH Asset All 80 | B | Dividend | M | T | | | | | |
| 201.  -BH Asset All 60 | B | Dividend | M | T | | | | | |
| 202.  - SSGA Grunc ETF | A | Dividend | M | T | | | | | |
| 203.  Nokia Corp Sp Adr | A | Interest | J | T | | | | | |
| 204.  Fidelity Advisor Ser VII Health Care FD | | None | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Inman, Dennis H.** | 06/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Please note:  All assets, whether held personally or owned by Trust #1 and Trust #2 are reported in a consolidated manner.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Dennis H. Inman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544